UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re SUBPOENA TO MILLIMAN, INC.<br><br>WILLIAM JEFFREY BURNETT, and JOE H. CAMP,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. C18-418RSL<br><br>ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL |

This matter comes before the Court on "Plaintiffs' Motion to File Documents Under Seal." Dkt. # 2. Plaintiffs seek to file under seal documents related to a concurrently filed motion, Dkt. # 1, concerning a subpoena originally part of the multidistrict litigation in <u>In re Conseco Life Insurance Co. LifeTrend Insurance Sales & Marketing Litigation</u>, Case No. MD10-2124 (N.D. Cal. Feb. 5, 2010). The putatively sealed material is covered by a protective order issued by the MDL Court. <u>See</u> N.D. Cal. Dkt. # 508. Plaintiffs' motion is supported by Conseco Life Insurance Company,[1] Dkt. # 12; Dkt. # 16 at 5–10, and Milliman, Inc., Dkt. # 13,

---

[1] Conseco Life's request to file a supplemental response in support of this motion, Dkt. # 16, is GRANTED.

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL - 1

the other interested parties. The Court finds that filing the documents under seal is appropriate. See LCR 5(g)(3). Plaintiffs' motion, Dkt. # 2, is GRANTED.

DATED this 14th day of September, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL - 2